1
2
3
4
5
6
7
8
9
10

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 22 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

11  JESSE WAGNER,                    )   Case No. EDCV 07-1557-AG (RNB)
12              Plaintiff,           )
                                     )   ORDER ADOPTING FINDINGS,
13       vs.                         )   CONCLUSIONS AND
                                     )   RECOMMENDATIONS OF UNITED
14                                   )   STATES MAGISTRATE JUDGE
    MARGURITE FINNERAN,              )
15                                   )
                Defendant.           )
16  _____)

17

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative
19  Second Amended Complaint, all the records and files herein, including the Report
20  and Recommendation of United States Magistrate Judge. No objections to the
21  Magistrate Judge's Report and Recommendation have been filed herein. The Court
22  concurs with and adopts the findings, conclusions and recommendations of the
23  Magistrate Judge.
24  //
25  //
26  //
27  //
28  //

1  IT THEREFORE IS ORDERED that (1) plaintiff's federal civil rights
2  claims are dismissed without leave to amend; (2) plaintiff's state law tort claims are
3  dismissed without prejudice to plaintiff raising such claims in State court; and (3)
4  Judgment be entered dismissing this action.

DATED: MAY 21, 2008

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE