JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 22 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WAGNER, | Case No. EDCV 07-1557-AG (RNB) |
| Plaintiff, | |
| vs. | J U D G M E N T |
| MARGURITE FINNERAN, | |
| Defendant. | |

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 22 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: May 21, 2008

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE